762

No. 92. SWAN CARBURETOR Co. *v.* NASH MOTOR Co. October 11, 1943. The motion to supplement and amend the petition for writ of certiorari is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. F. O. Richey, B. D. Watts,* and *Edwin F. Samuels* for petitioner. *Mr. William J. Barnes* for respondent.

No. 100. DOSS *v.* ILLINOIS. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. A. M. Fitzgerald* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 170. STOIKE *v.* FIRST NATIONAL BANK OF THE CITY OF NEW YORK. October 11, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Daniel William Leider* for petitioner. *Mr. Lowell Wadmond* for respondent. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* filed a brief on behalf of the Administrator of the Wage and Hour Division, U. S. Dept. of Labor, as *amicus curiae,* in support of the petition.

No. 191. COYLE *v.* NEW YORK. October 11, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. David P. Siegel* for petitioner. *Mr. Stanley H. Fuld* for respondent.